# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 20, 2024

To: Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis, IN 46204-0000

| | |
|---|---|
| No. 22-1576 | JOHN DOE,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>TRUSTEES OF INDIANA UNIVERSITY, et al.,<br>　　　　　Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:20-cv-02006-JRS-MJD<br>Southern District of Indiana, Indianapolis Division<br>District Judge James R. Sweeney, II ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:　　　　　　　　　　　　　No record to be returned

form name: **c7_Mandate**　　(form ID: **135**)